HENRIK AVANESSIANS
730 E TUJUNGA AVE APT D
BURBANK, CA 91501
EMAIL: HENRIK787@YMAIL.COM

FILED

2012 MAY 21  PM 12: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| HENRIK AVANESSIANS | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | ▶ **CV12-4387** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC | REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |
| DEFENDANT(S). | |

I, <u>HENRIK AVANESSIANS</u>, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☑No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐Yes ☑No
    b. Rent payments, interest or dividends?   ☐Yes ☑No
    c. Pensions, annuities or life insurance payments?   ☐Yes ☑No
    d. Gifts or inheritances?   ☐Yes ☑No
    e. Any other income (other than listed above)?   ☐Yes ☑No
    f. Loans?   ☐Yes ☑No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

CV-60 (04/06)    **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? 2011

   Approximately how much income did your last tax return reflect? -$500 NEGATIVE

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | Los Angeles |
|---|---|
| State | County (or City) |

I, HENRIK AVANESSIANS _____, declare under penalty of perjury that the foregoing is true and correct.

_5-18-2012_
Date

_[signature]_
Plaintiff/Petitioner (Signature)